# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALAN VANASSCHE                                      JUDGMENT IN A CIVIL CASE

        v.

MICHAEL J. ASTRUE,                                  CASE NUMBER: C06-5596RJB
Commissioner of Social Security

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. sec. 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. sec. 2412(d), upon proper request of this Court..

   April 4, 2007                                          BRUCE RIFKIN
                                                             Clerk

                                                             /s/Dara L. Kaleel
                                                             By Dara L. Kaleel, Deputy Clerk